FILED
1998 OCT -7 AM 11: 18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JAMIE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CV 95-PT-2343-M |
| | ) | |
| RON SUTTON; et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
OCT 7 1998

| | | |
|---|---|---|
| JAMIE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CV 95-PT-3154-M |
| | ) | |
| SGT. ROYCE BROWN; et al., | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

On March 13, 1998, the magistrate judge filed his report and recommendation in the above-consolidated cases, recommending the dismissal of some defendants and the grant of summary judgment as to others. He also recommended, however, that the motion for summary judgment by defendants Williams, Burton, Wilson, Konkol, Dover, Traywick, Cush, Martin, Hodges, Cushing, and Carter with

53

respect to plaintiff's allegations of use of excessive force, be denied. Although the report and recommendation explained to the parties their right to file objections, none have been filed. On September 9, 1998, the plaintiff filed a motion purportedly under Rule 60 of the *Federal Rules of Civil Procedure* complaining that certain prisoners have forged his name to motions to dismiss. Since this action is still pending and has not been dismissed, the Rule 60 motion is MOOT.

  Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's report is due to be and the same is hereby ADOPTED and the recommendation is ACCEPTED. Consequently, the court will enter a separate order accomplishing the following:

  1. Dismissing plaintiff's claims against Officer Mickens for want of service of process.

  2. Denying the motion for summary judgment filed by defendants Danny Williams, James Burton, Jimmy Wilson, John Konkol, Derek Dover, Abbie Traywick, Stephen Cush, Thomas Martin, Michael Hodges, Richard Cushing, and Richard Carter as to plaintiff's allegation of excessive force in violation of the Eighth Amendment.

      3. Granting the defendants' motion for summary judgment in part as to all other claims asserted by the plaintiff in these two consolidated actions.

      DATED this _7th_ day of _Oct_, 1998.

ROBERT B. PROPST
SENIOR U.S. DISTRICT JUDGE